# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

Bridget M. McCormack,
Chief Justice

158171

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOWNSHIP OF WILLIAMSTOWN,
      Plaintiff-Appellee,

v

SANDALWOOD RANCH, LLC, ALEC
KOLENDA, and SARAH KOLENDA,
      Defendants-Appellants,

and

LOVE ADVERTISING, INC.,
      Defendant.

SC:  158171
COA:  337469
Ingham CC:  15-000570-CZ

_____/

      On order of the Court, the application for leave to appeal the August 7, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019

Clerk

p0522